IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

AMERICAN HUNTER, INC.,
a Florida corporation,

       Plaintiff,                        Case No. 4:08-CV-523-SPM-AK

vs.

DTX INTERNATIONAL, INC.,
a foreign corporation,

       Defendant.

_____

## ORDER EXTENDING TIME TO FILE RESPONSE

Upon consideration, "Plaintiff's Consented Motion for Extension of Time for Defendant to Answer Initial Complaint" (doc. 5), is hereby **granted**. Defendant shall have up to and including **Monday, January 26, 2009** to file a response to Plaintiff's Complaint.

DONE AND ORDERED this sixth day of January, 2009.

                                          *s/Stephan P. Mickle*
                                          Stephan P. Mickle
                                          United States District Judge